PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; rmf@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHI CULBERTSON<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and HEALTHWAYS, INC. EMPLOYEE WELFARE BENEFIT PLAN.<br><br>Defendants, | CASE NO. CV10 8052 GW JCGx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 28, 2011

*George H. Wu*

GEORGE H. WU, U.S. District Judge